**LAEDdb_InterDistrictTransfer_LAED**

| | |
|---|---|
| **From:** | Reply@lawd.uscourts.gov |
| **Sent:** | Tuesday, March 11, 2025 5:35 PM |
| **To:** | LAEDdb_InterDistrictTransfer_LAED |
| **Subject:** | Transferred case has been opened |

CASE: 2:24-cv-02360

DETAILS: Case transferred from Louisiana Eastern has been opened in Western District of Louisiana as case 5:25-cv-00300, filed 03/11/2025.